DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

U v. DUKE UNIVERSITY

No. 474P88.

Case below: 91 N.C. App. 171.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

WARFIELD v. HICKS

No. 424P88.

Case below: 91 N.C. App. 1.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

WYATT v. NASH JOHNSON & SONS FARMS

No. 472P88.

Case below: 91 N.C. App. 255.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

PETITION TO REHEAR

HALL v. CITY OF DURHAM

No. 16PA88.

Case below: 323 N.C. 293.

Petition by defendants to rehear denied 8 December 1988.